UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**MUSA AGHAYEV,**

                                  Plaintiff,

      -against-

**THE UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES; ALEJANDRO
MAYORKAS**, in his official Capacity as Secretary
of the United States Department of Homeland Security;
**UR JADDOU**, in her official capacity as Director of
the United States Citizenship and Immigration Services;
**MERRICK GARLAND**, in his official capacity as
United States Attorney General; **LAURA ZUCHOWSKI**,
in her official capacity as the Director of the United States
Citizenship and Immigration Services, Vermont Service Center;
**SUSAN RAUFER**, in her official capacity as the Director for the
Newark Asylum Office of the United States Citizenship and
Immigration Services; and **MOLLIE ISAACSON**, in her
official capacity as the Deputy Director for the Newark Asylum
Office of the United States Citizenship and Immigration Services,

                                  Defendants.
_____

**STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(A)(1)(A)(II)**

CIVIL ACTION NO. 1:24-CV-390
(DNH/DJS)


## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as

counsel for the parties hereto, that whereas no party hereto is an infant or incompetent person for

whom a committee has been appointed, the above-entitled action is hereby voluntarily dismissed,

without prejudice, against Defendants The United States Citizenship and Immigration Services,

Alejandro Mayorkas, Ur Jaddou, Merrick Garland, Laura Zuchowski, Susan Raufer, and Mollie

Isaacson, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or fees as

against any party.

WHITEMAN OSTERMAN & HANNA LLP

By: /s/ *Jon E. Crain*
    Jon E. Crain, Esq. (Bar Roll No. 518634)
    Viktoria Yudchits, Esq. (Bar Roll No. 705016)
    Whiteman Osterman & Hanna LLP
    *Attorneys for Plaintiff*
    One Commerce Plaza
    Albany, New York 12260
    (518) 487-7600
    jcrain@woh.com
    vyudchits@woh.com

Dated: Albany, New York
       June 11, 2024

CARLA B. FREEDMAN
United States Attorney

By:  /s/ *Emer M. Stack*
    Emer M. Stack (Bar Roll No. 700843)
    Assistant United States Attorney
    *Attorneys for Defendants*
    United States Attorney's Office
    Northern District of New York
    100 South Clinton Street
    Syracuse, New York 13261
    (315) 448-0676
    Emer.Stack@usdoj.gov

Dated: Syracuse, New York
      June 11, 2024

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 06-13-2024